# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALAN PERKOSKI, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-CV-2398 |
| vs. | : | (MANNION, D.J.)<br>(SAPORITO, M.J.) |
| NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant | : | |

FILED
SCRANTON
APR 0 5 2018

Per_____
DEPUTY CLERK

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Commissioner's objections to Judge Saporito's report and recommendation, (Doc. 15), are **OVERRULED**;

2. Judge Saporito's report and recommendation, (Doc. 14), is **ADOPTED**;

3. The plaintiff's appeal, (Doc. 1), of the Commissioner's decision is **GRANTED** and, the decision of the Commissioner is **REVERSED**;

4. The plaintiff is **AWARDED** disability benefits from his onset disability date of December 1, 2008, and this case is **REMANDED** to the Commissioner for the computation of benefits; and

5. The Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Dated: April 5, 2018

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2398-01-Order.wpd